UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81095-CV-ZLOCH

JEAN TESMA, and other similarly situated
individuals

      Plaintiff(s),

v.

MADDOX-JOINES, INC., d/b/a Prime Management
Group, a Florida corporation,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JEAN TESMA, by and through undersigned counsel, hereby voluntarily dismisses with prejudice all claims in this matter against Defendant, MADDOX-JOINES, INC.

WHEREFORE, Plaintiff respectfully requests entry of the attached proposed order dismissing with prejudice Plaintiff's claims against Defendant in this action.

Dated: 12/5/08

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
100 N. Biscayne Boulevard
Suite 2800
Miami, Florida 33132
Tel. (305) 416-5000
Fax: (305) 416-5005

By: _____
Matthew Weber, Esq.
Florida Bar Number: 0679445

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Matthew Weber, Esq.
FBN: 0679445

## SERVICE LIST
## CASE NO. 08-81095-CIV-ZLOCH

Anthony M. Georges-Pierre, Esq.
Matthew Weber, Esq.
**REMER & GEORGES-PIERRE, P.L.L.C.**
100 N. Biscayne Boulevard
Suite 2800
Miami, Florida 33132
E-Mail: mw@rgpattorneys.com
agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile : (305) 416-5005
*Attorneys for Plaintiff*


Chris Kleppin, Esq.
**Glasser Boreth Ceasar & Kleppin**
8751 West Broward Boulevard
Suite 105
Plantation, FL 33324
954-424-1933
Fax: 474-7405
Email: glabor@aol.com

By: _____
Matthew Weber, Esq.
Florida Bar Number: 0679445

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81095-CV-ZLOCH

JEAN TESMA, and other similarly situated
individuals

      Plaintiff(s),

v.

MADDOX-JOINES, INC., d/b/a Prime Management
Group, a Florida corporation,

      Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come on this day for consideration upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, and the Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Broward County, Florida this ___ day of _____ 2008.

                                                WILLIAM J. ZLOCH
                                                UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record