UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81095-CV-ZLOCH

JEAN TESMA, and other similarly situated
individuals

   Plaintiff(s),

v.

MADDOX-JOINES, INC., d/b/a Prime Management
Group, a Florida corporation,

   Defendant.

           /

### PLAINTIFF'S SUR-REPLY TO DEFENDANT'S MOTION FOR INVOLUNTARY DISMISSAL FOR JUDGE-SHOPPING AND MISREPRESENTATIONS TO THE COURT, IN THE ALTERNATIVE, MOTION TO DISMISS CASE AS FRIVOLOUS, AND REQUEST TO CONVERT INTO MOTION FOR SUMMARY JUDGMENT, AND FOR SANCTIONS

   Plaintiff, JEAN TESMA, by and through undersigned counsel, and in accordance with this Honorable Court's Order dated December 2, 2008 and pursuant to the Federal Rules of Civil Procedure, hereby files this Plaintiff's Sur-Reply to Defendant's Motion for Involuntary Dismissal for Judge-Shopping and Misrepresentations to the Court, in the Alternative, Motion to Dismiss Case as Frivolous, and Request to Convert into Motion for Summary Judgment, and for Sanctions, and states:

   As a preliminary matter, Plaintiff's counsel would note to the Court that Plaintiff has filed a Voluntary Notice of Dismissal With Prejudice[1] in this action. Therefore, as the parties agree that the action should be dismissed with respect to Defendant, Maddox Joines, Inc.[2] this Sur-Reply shall primarily address the issue of sanctions. Specifically,

---

[1] D.E. 15.

[2] Plaintiff now asserts that the proper Defendant in this matter should be Prime Management Group, Inc.

sanctions are inappropriate in this matter because Defendant has not adhered to procedures set forth in Rule 11 of the Federal Rules of Civil Procedure. See, Fed. R. Civ. P. 11.

In addition, Plaintiff's counsel acknowledges that in all situations, the utmost deference and respect should be given to the judicial process and that no lawsuit should be filed in any court until counsel has carefully researched the factual and legal basis for the claim.

In the instant matter, clerical oversight has been confused with bad faith and malicious intent. Plaintiff was in fact an employee of Maddox-Joines, Inc. However, Plaintiff's counsel has only just discovered information verifying the declarations set forth in Defendant's Motion to Dismiss leading to the conclusion that there is in fact no claim against Defendant, Maddox Joines, Inc. and that no relationship exists between Maddox-Joines, Inc. and Prime Management Group, Inc. In order to preserve attorney-client privilege and confidentiality, Plaintiff's counsel can only state that an error has been made. This error was unintentional and based entirely on misunderstanding

In Defendant's Reply[3], Defendant raises new issues not previously set forth in its Motion to Dismiss[4] or conveyed in any other manner to Plaintiff's counsel. Specifically, Defendant identifies for the very first time in its reply, that Maddox Joines, Inc. and Prime Management Group, Inc. are unrelated entities and do not have a d/b/a relationship. Admittedly, Plaintiff's counsel erroneously understood that such a relationship did exist. Defense counsel could have easily presented this information to Plaintiff's counsel with a simple telephone call or even a safe harbor letter rather than

---

[3] D.E. 12
[4] D.E. 4

wasting time and judicial resources filing a Motion to Dismiss[5], Notice of Pendency of Other Action[6], Motion to Reassign Case[7], Joint Motion for Extension of Time to File Scheduling Report[8], and a Reply[9] with respect to Defendant's Motion to Dismiss.

In good faith, Plaintiff has attempted to fully research all issues in this matter prior to taking any action and categorically denies the entirety of the Defendant's allegations of intentional bad faith for judge shopping and intentionally submitting an erroneous affidavit. Such allegations is wholly and completely unfounded.

Defendant, by and through its counsel, now seeks to recover sanctions for filing a frivolous case. The proper procedural vehicle for such a request is Rule 11 of the Federal Rules of Civil Procedure. See, Fed. R. Civ. P. 11. However, in this matter, Defendant is attempting to circumvent the judicial process and obtain sanctions without providing Plaintiff a safe harbor as required.

In an effort to provide an amicable resolution to this matter, Plaintiff has proposed a compromise which would, if agreed upon, avoid unnecessary costs and additional expenses. In that regard, undersigned counsel respectfully offered to pay Defendant's counsel $960.00 the costs associated with the filing it's Reply. See, attached Exhibit "A". However, as of the filing of this Sur-Reply, although counsel have spoken, Defendant has not accepted Plaintiff's offer.

WHEREFORE, Plaintiff respectfully requests entry of an Order granting Plaintiff's previously filed Notice of Voluntary Dismissal with Prejudice against

---

[5] D.E. 4
[6] D.E. 5
[7] D.E. 6
[8] D.E. 9
[9] D.E. 12

Defendant, MADDOX-JOINES, INC. in this action and dismiss the action with prejudice with each side to bear the entirety of its own fees and costs.

Dated: 12/5/08

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
100 N. Biscayne Boulevard
Suite 2800
Miami, Florida 33132
Tel. (305) 416-5000
Fax: (305) 416-5005

By: _____
Matthew Weber, Esq.
Florida Bar Number: 0679445

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Matthew Weber, Esq.
FBN: 0679445

## SERVICE LIST
## CASE NO. 08-81095-CIV-ZLOCH

Anthony M. Georges-Pierre, Esq
Matthew Weber, Esq.
**REMER & GEORGES-PIERRE, P.L.L.C.**
100 N. Biscayne Boulevard
Suite 2800
Miami, Florida 33132
E-Mail: mw@rgpattorneys.com
         agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile : (305) 416-5005
*Attorneys for Plaintiff*


Chris Kleppin, Esq.
**Glasser Boreth Ceasar & Kleppin**
8751 West Broward Boulevard
Suite 105
Plantation , FL 33324
954-424-1933
Fax: 474-7405
Email: glabor@aol.com

By: _____
    Matthew Weber, Esq.
    Florida Bar Number: 0679445

# EXHIBIT "A"



NEW WORLD TOWER
100 N. BISCAYNE BOULEVARD
SUITE 2800
MIAMI, FLORIDA 33132
TEL. (305) 416-5000
FAX: (305) 416-5005
E-MAIL: MW@RGPATTORNEYS.COM

MATTHEW WEBER, ESQ.

December 4, 2008

**VIA FACSIMILE: 954.474.7405**

Chris Kleppin, Esq.
Glasser, Boreth & Kleppin
8751 W. Broward Blvd.
Suite 105
Miami, FL 33132

**Re:   Tesma v. Maddox-Joines**
**Case No.: 08-81095-CIV-ZLOCH**
**Your file: 8-3188**

Dear Mr. Kleppin:

It was a pleasure speaking with you yesterday.  We are in receipt of your December 3, 2008 correspondence.  Plaintiff's counsel offers to pay $960.00, the entire amount sought in your reply in exchange for a Joint Stipulation of Dismissal of the above referenced action.  If agreeable, Plaintiff's counsel would make payment to Defendant's counsel within 45 days.

If acceptable, please advise me undersigned immediately so that I may prepare the appropriate documentation for the Court and avoid wasting judicial resources.

Thank you for your attention to this matter and please do not hesitate to contact us with any concerns.

Sincerely,

Matthew Weber, Esq.
For The Firm

P  1

* * * Memory TX Result Report ( Dec  4  2008 10:45AM ) * * *

1)
2)  REMER&GEORGES-PIERRE PLLC_

Date/Time: Dec  4  2008 10:44AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 5770 | Memory TX | 19544747405 | P.  2 | OK | |

Reason for error
E 1) Hang up or line fail
E 3) No answer
E 5) Exceeded max  E-mail size

E 2) Busy
E 4) No facsimile connection

---

### REMER & GEORGES-PIERRE, P.L.L.C.
Attorneys At Law

New World Tower * 100 N. Biscayne Blvd., Suite 2800 * Miami, Florida 33132
TEL (305) 416-5000 * FAX (305) 416-5005

**WARNING: CONFIDENTIAL CONTENTS**

THIS FAX IS INTENDED ONLY FOR THE PERSON NAMED BELOW.  IF YOU ARE NOT THE PERSON NAMED BELOW, DO NOT READ THE ENCLOSED PAGES! THE ENCLOSED INFORMATION IS HIGHLY CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS FAX BY ERROR OR IF YOU DO NOT KNOW THE INDIVIDUAL NAMED BELOW, PLEASE  CALL (305) 416-5000 TO REPORT ALL TRANSMISSION ERRORS AND SEND THE FAX DOCUMENTS TO: 100 N. Biscayne Blvd. , Suite 2800, Miami, Florida 33132 -ALL POSTAGE WILL BE REIMBURSED.

To:   Chris Kleppin, Esq.          From:   Matthew Weber, Esq.

| Fax: | 954.474.7405 | | Pages: | 2 (including cover) |
| Phone: | | | Date: | 12/3/08 |
| Re: | Tesma v. Maddox-Joines | | CC: | |

X Urgent     X For Review     Please Comment  Please Reply Please Recycle♻

Please see attached correspondence re costs and dismissal  Thank you